RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Jaime Aguirre

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAIME AGUIRRE,<br><br>    Defendant. | Case No. 2:23-cr-00183-RFB-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Jaime Aguirre, that the Revocation Hearing currently scheduled on January 3, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty-five (35) days from the current hearing date on January 3, 2024.

   This Stipulation is entered into for the following reasons:

   1. Defense counsel needs additional time to review the discovery with Mr. Aguirre and gather mitigation information in preparation for the revocation hearing.

2. Additional time is requested to allow defense counsel to conduct investigation and prepare for the revocation hearing, if necessary.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 19th day of December, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | *By: Jean Ripley*<br>JEAN RIPLEY<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>JAIME AGUIRRE,<br><br>         Defendant. | Case No. 2:23-cr-00183-RFB-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 3, 2024 at 11:00 a.m., be vacated and continued to  February 28, 2024  at the hour of 11:00 a.m.

   DATED this  29  day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE

3